UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>FRANCISCO JAVIER BELTRAN,<br><br>            Defendant. | CASE NO. 1:23-MJ-00134-EPG<br><br>**UNSEALING ORDER** |

Good cause due to the defendant's pending Arraignment on the Complaint in the Eastern District of California, it is hereby ordered that the Complaint, Arrest Warrant, and related court filings in the above matter, be UNSEALED, except for the proposed redactions outlined in the Government's Application.

DATED: November 9, 2023

HON. SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE