NICHOLAS F. REYES, #102114
Attorney at Law
1107 "R" Street
Fresno, CA 93721
Telephone:  559-486-4500
Facsimile: 559-486-4533
E-mail: nfreyeslaw@gmail.com

Attorney for Defendant, FRANCISCO JAVIER BELTRAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>FRANCISCO JAVIER BELTRAN,<br><br>                      Defendant. | CASE NO.  1:23-MJ-00134-EPG<br><br><u>SUBSTITUTION OF ATTORNEY;<br>AND ORDER</u> |

     Defendant, FRANCISCO JAVIER BELTRAN, hereby substitutes Nicholas F. Reyes, with law offices at 1107 R Street, Fresno, California 93721, in place and stead of Reed Grantham, Federal Defender's Office.

Dated: December 1, 2023        /s/ Francisco Javier Beltran
                               Francisco Javier Beltran, Defendant


Dated: December 1, 2023        /s/ Reed Grantham
                               Reed Grantham, Federal Defender's Office

///

///

///

///

1

1  I accept the above substitution.

2

3  Dated: December 1, 2023         /s/ Nicholas F. Reyes
                                   Nicholas F. Reyes, Esq.

4

5                              **ORDER**

6

7  IT IS SO ORDERED.

8

9     Dated:   **December 4, 2023**         /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

2